| | | |
|---|---|---|
| RYAN MCDONALD, | * | IN THE |
| Plaintiff, | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR THE |
| LG CHEM, LTD. | * | DISTRICT OF MARYLAND |
| Defendant. | * | Civil Action No.: 1:16-cv-01093-RDB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT LG CHEM, LTD.'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF PLAINTIFF'S LIABILITY EXPERT, DAVID ZUCKERBROD, Ph.D. PURSUANT TO FED. R. EVID. 104(a) AND FED. R. EVID. 702

Defendant, LG Chem, Ltd. ("LG Chem") respectfully moves *in limine* to exclude testimony of Plaintiff's liability expert, David Zuckerbrod, Ph.D. pursuant to Fed. R. Evid. 104(a) and Fed. R. Evid. 702.

The grounds for this Motion *in Limine* are further set forth in LG Chem's Memorandum of Law in support of its Motion *in Limine* to Exclude Testimony of Plaintiff's Liability Expert, David Zuckerbrod, Ph.D. Pursuant to Fed. R. Evid. 104(a) and Fed. R. Evid. 702 filed simultaneously herewith.

PHILLIPS, GOLDMAN, McLAUGHLIN
& HALL, P.A.

/s/ Lisa C. McLaughlin
Lisa C. McLaughlin, Esquire
MD Bar ID #25529
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
E-Mail: lcm@pgmhlaw.com
*Attorneys for Defendant, LG Chem, Ltd.*

Dated: February 20, 2018

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed a true and accurate copy of the foregoing Defendant LG Chem, Ltd.'s Motion *in Limine* to Exclude Testimony of Plaintiff's Liability Expert, David Zuckerbrod, Ph.D. Pursuant to Fed. R. Evid. 104(a) and Fed. R. Evid. 702 with the Clerk of the Court using the CM/ECF system, which caused a true and correct copy of the same to be sent electronically to:

Shani Dinovitz, Esquire
Law Offices of Shani Dinovitz, LLC
2910 W. Strathmore Avenue
Baltimore, MD 21209

Lisa C. McLaughlin, Esquire
MD Bar ID #25529
Phillips, Goldman, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
E-Mail: lcm@pgmhlaw.com
*Attorneys for Defendant, LG Chem, Ltd.*